

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2019

No. 04-19-00190-CR

Joshua **MOLINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0078
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED.

It is so **ORDERED** on August 9, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court